**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VOLVO FINANCIAL SERVICES,

       Plaintiff,                        Case No. 8:25-cv-2030-TPB-AAS

vs.

CALDERONI TRUCKING, LLC,
and CARLI CALDERON,

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered February 17, 2026. (Doc. 25). Judge Sansone recommends that "Plaintiff's Supplemental Motion on Amount of Attorneys' Fees and Costs" (Doc. 21) be granted and that Plaintiff be awarded $7,726.50 in attorney's fees and $405.00 in taxable costs.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright,* 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.,* 208 F. App'x 781, 784 (11th

Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's well-reasoned report and recommendation, the Court adopts the report and recommendation.   Plaintiff is awarded $7,726.50 in attorney's fees and $405.00 in taxable costs.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   Judge Sansone's report and recommendation (Doc. 25) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)   "Plaintiff's Supplemental Motion on Amount of Attorneys' Fees and Costs" (Doc. 21) is **GRANTED**.

(3)   Plaintiff is awarded $7,726.50 in attorney's fees and $405.00 in taxable costs.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of March, 2026.

_____

TOM BARBER
UNITED STATES DISTRICT JUDGE